Decision for plaintiff for $2415.81.
For plaintiff: Edwards & Angell.
For defendants: George Hurley.

Gertrude Cullinan  ⎫
vs.                ⎬ Eq. No. 9777.
Avedis Koocharian  ⎭

November 8, 1929.

BLODGETT, P. J. Heard upon prayer for a preliminary injunction.

Bill to enjoin respondent from making any transfer of certain real estate described in said bill pending final disposition of an action of negligence against said respondent.

The prayer must be denied under a decision by Presiding Justice Tanner in *Alice E. Kane* vs. *Amerigo Palumbo, et al.*, reported in R. I. Decisions Superior Court, Vol. 2, 1925-6, p. 186.

For complainant: Huddy & Moulton.

For respondent: Grim, Littlefield & Eden.